UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> MICHAEL ROSA and GEORGE ADYNS, </br></br> Defendants | ) </br> ) </br> ) </br> ) Criminal Case No. 1:21-cr-135-PB </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**ORGANIZATIONAL VICTIM STATEMENT**
**Fed. R. Crim. P. 12.4(b) and LCrR 12.4.1(b)**

Pursuant to Fed. R. Crim. P. 12.4(b) and Local Rule 12.4.1(b), the United States of America, by John J. Farley, the Acting United States Attorney for the District of New Hampshire, has identified a non-governmental organizational victim in the above-captioned case. The Government discloses the following information about that victim:

Cross River Bank is a privately held bank and subsidiary of CRB Group, Inc., a privately held corporation. The Government is unaware of any publicly-held corporation that owns 10% or more the stock of CRB Group, Inc. Cross River Bank and CRB Group, Inc. do not have a publicly announced agreement to merge with a publicly-owned corporation. Most recently though, CRB Group, Inc. acquired Synthetic P2P Holdings Corporation, d/b/a PeerIQ, a data and risk analytics firm.

                                             Respectfully submitted,

                                             JOHN J. FARLEY
                                             Acting United States Attorney

Dated: September 24, 2021        By:    /s/ Alexander S. Chen
                                                           Alexander S. Chen
                                                           Special Assistant U.S. Attorney

53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
Alexander.chen@usdoj.gov

Matthew T. Hunter
Assistant U.S. Attorney
Matthew.hunter@usdoj.gov